

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12-5-19__

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2019

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

*[Handwritten note: Sentencing proceeding will begin at 11:00 A.M. on 12/17/19. So ordered. John G. Koeltl, U.S.D.J. 12/5/19.]*

The Government received notice earlier today that the sentencing in the above-referenced case has been moved from December 9, 2019, to December 17, 2019 at 9:30 a.m. We respectfully request that, in light of scheduling conflicts, the start time of the sentencing on December 17 be moved slightly later to commence at 10:45 a.m., or alternatively any time thereafter that day that is convenient for the Court.

AUSA Abramowicz, who was the principal draftsperson of the Government's sentencing submission, conducted the loss amount analysis, and participated in extensive discussions with defense counsel about the loss amount that is in dispute, has an oral argument in the Court of Appeals for the Second Circuit on December 17, 2019 at 10 a.m., which he anticipates will be finished in order to allow him to handle the sentencing in this case by approximately 10:45 a.m. AUSA Greenberg has a plea and sentencing before Judge Batts at 10:30 a.m. that has already been rescheduled with a detained defendant; in advance of that sentencing, AUSA Greenberg reviewed voluminous documents about a material factual matter at sentencing, so it is a matter that AUSA Greenberg would prefer to handle herself rather than seek the assistance of another AUSA for coverage. AUSA Neff is largely unavailable that day due to another pressing business matter that has been scheduled for some time and cannot be moved. Defense counsel has stated they are available on December 17.

If the Court does not wish to move the start time of the sentencing in this matter, AUSA Greenberg will plan to handle the sentencing in this matter from 9:30 a.m. to 10:25 a.m., at which time AUSA Greenberg will leave for her plea and sentencing before Judge Batts, and AUSA Abramowicz will handle the remainder of the sentencing in this matter. If the Court wishes to proceed in this manner, the Government respectfully requests that argument as to the disputed loss amount commence when AUSA Abramowicz arrives to allow for continuity and a complete argument to which both sides are in a position to respond.

We apologize for any inconvenience, and appreciate the Court's attention to this matter.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Kristy Greenberg/David Abramowicz/Michael Neff
Assistant United States Attorneys
(212) 637-2469/6525/2107

cc: All counsel of record (via ECF)