```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

**UNITED STATES OF AMERICA**

    - against -                         17cr137 (JGK)

**ASIM HAMEEDI ET AL.,**                <u>ORDER</u>

              **Defendants.**

------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The sentencing hearing for Asim Hameedi, Fawad Hameedi and Arif Hameedi is adjourned to **January 14, 2020** at **10:00 a.m.** The parties are requested to respond to the following questions by December 12, 2019:

1. Is there a need for a <u>Fatico</u> hearing? If so, on what specific questions?

2. Does the Government agree that the amounts identified by Asim Hameedi and Fawad Hameedi for services that were billed to Medicare and Medicaid and which are included in the Government's loss calculation were actually performed and medically necessary, other than the portions of the NST tests conceded by those defendants as having been billed but not performed? Each of defendants Asim Hameedi and Awad Hameedi is requested to provide a brief summary of the loss calculation for that defendant and the Government is requested to provide a calculation for both defendants.

3. Do the parties agree that there were at least 10 victims? If the parties do not agree, the Government should provide evidence (or point to evidence in the record) of at least 10 victims.

**SO ORDERED.**

**Dated:** **New York, New York**
**December 10, 2019**          ____/s/ John G. Koeltl____
                               John G. Koeltl
                               United States District Judge