

# MEISTER SEELIG & FEIN LLP

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (646) 682-9222
hem@msf-law.com

December 10, 2019

By ECF

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

12/11/19.

Re: United States v. Asim Hameedi, et al.,
17 Cr. 137 (JGK)

Dear Judge Koeltl,

We write on behalf of defendant Dr. Asim Hameedi in the above-referenced matter to request a brief extension of time to respond to the Court's inquiries on several issues related to his sentencing. (*See* ECF Doc. 364, 12/10/19.) This request is also jointly made on behalf of co-defendant Fawad Hameedi and the government. The parties respectfully request an extension of time to file their responses by December 17, 2019.

We make this request to allow adequate time to confer among the parties to determine whether we can submit a single joint response to the Court's questions. Of course, if the parties do not agree on the responses, we will submit separate filings. However, in an effort to focus the issues, we believe that the extra time requested will allow the parties to meet and discuss whether we can reach agreement on any or all of our responses.

Respectfully yours,

Henry E. Mazurek
*Counsel for Defendant Asim Hameedi*

cc: Government Counsel (by ECF)
James Kousouros, Esq. (Counsel for Fawad Hameedi, by ECF)