UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                      17cr137 (JGK)

ASIM HAMEEDI ET AL,                ORDER

        Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to address the following questions:

1. What is the proper standard for calculating forfeiture in this case? What is the proper standard for calculating restitution in this case?
2. What is the proper amount of forfeiture in this case? What is the proper amount of restitution in this case? Why?
3. Is the amount of restitution and forfeiture the same in this case?

The parties should respond with supporting law by **December 31, 2019**. The parties should reply by **January 3, 2020**.

SO ORDERED.

Dated:    New York, New York
            December 23, 2019

                                        John G. Koeltl
                                    United States District Judge