

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2019

**BY ECF**

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK  PART I
U.S.D.J. 12/27/2019

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: **United States v. Asim Hameedi & Fawad Hameedi,**
            **17 Cr. 137 (JGK)**

Dear Judge Koeltl:

      On behalf of the parties, the Government respectfully requests a brief extension of time to respond to the Court's Order issued the evening of Monday, December 23, 2019 (Dkt. 380). To accommodate travel plans of counsel for the Government and both defendants, and to allow the parties sufficient time to conduct research and thoroughly address the Court's inquiries, the parties respectfully request that the deadline to respond to the Order be extended from December 31, 2019, to January 6, 2020, and the deadline to submit any replies be extended from January 3, 2020, to January 8, 2020.

                            Respectfully submitted,

                            GEOFFREY S. BERMAN
                            United States Attorney

          By:      /s/
               Kristy Greenberg/David Abramowicz/Michael Neff
               Assistant United States Attorneys
               (212) 637-2469/6525/2107

cc:     All defense counsel (via ECF)