

**MEISTER SEELIG & FEIN LLP**

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-13-2020

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (646) 682-9222
hem@msf-law.com

January 10, 2020

By ECF

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl 1/10/20
John G. Koeltl, U.S.D.J.

Re: United States v. Asim Hameedi, et al.,
17 Cr. 137 (JGK)

Dear Judge Koeltl,

We write on behalf of defendant Dr. Asim Hameedi in the above-referenced matter to request a brief extension of time to respond to the Court's Order dated today, inquiring of the parties on how we wish to proceed on the question of forfeiture. (*See* ECF Doc. 392, 1/10/20.) We conferred with Assistant United States Attorney David Abramowicz, and on behalf of the government, he joins this request. The parties respectfully request an extension of time to advise the Court of our decision by January 17, 2020.

We make this request to allow adequate time for the parties to confer about a possible stipulated amount of forfeiture or facts that could alleviate an evidentiary hearing. Because of travel and other work-related schedules of the attorneys involved, this extension is needed to ensure the parties can schedule the necessary meetings to review these issues together prior to responding to the Court.

We thank the Court for its careful consideration of these many sentencing issues.

Respectfully yours,

Henry E. Mazurek
*Counsel for Defendant Asim Hameedi*

cc: Government Counsel (by ECF)
James Kousouros, Esq. (Counsel for Fawad Hameedi, by ECF)