**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2020

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/17/20

Re:   **United States v. Asim Hameedi,**
       **17 Cr. 137 (JGK)**

Dear Judge Koeltl:

On behalf of the parties, the Government respectfully requests a one-week extension of time to respond to the Court's Order dated January 10, 2020 (Dkt. 392).

Counsel for the Government and for the defendant have been discussing a potential agreement on the question of forfeiture and remain hopeful that the issue may be resolved soon. However, those discussions remain ongoing. Accordingly, the parties respectfully request that the deadline to respond to the Court's Order be extended until Friday, January 24, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:  _____/s/_____
Kristy Greenberg/David Abramowicz/Michael Neff
Assistant United States Attorneys
(212) 637-2469/6525/2107

cc:   Defense counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-21-2020