USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-30-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

- against -   17cr137 (JGK)

**ASIM HAMEEDI,**   ORDER

Defendant.

**JOHN G. KOELTL, District Judge:**

A conference will be held on **February 4, 2020** at **10:30 AM**. Only the Government and the defendant Asim Hameedi and his counsel need to appear.

**SO ORDERED.**

Dated:   New York, New York
         January 29, 2020

_____
John G. Koeltl
**United States District Judge**