

MEISTER SEELIG & FEIN LLP

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (646) 682-9222
hem@msf-law.com

January 31, 2020

By ECF

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

ADJOURNED TO 3:00PM
ON FEBRUARY 4, 2020.
SO ORDERED.

/s/ John G. Koeltl
1/31/20
USDJ

Re: United States v. Asim Hameedi, et al.,
    17 Cr. 137 (JGK)

Dear Judge Koeltl,

We write on behalf of defendant Dr. Asim Hameedi in the above-referenced matter to request an adjournment of the sentencing conference the Court requested to be held on Tuesday, February 4, 2020, at 10:30 am. Undersigned counsel has a scheduling conflict with a previously scheduled appearance in the United States Court of Appeals for the Second Circuit on that date and time. We respectfully request the Court to reschedule the conference to a time in the afternoon on February 4, or a date later that week.

Thank you for your consideration of this request.

Respectfully yours,

Henry E. Mazurek
*Counsel for Defendant Asim Hameedi*

cc:   Government Counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·3·20