

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·11·20

*The Silvio J. Mollo Building*
*One St. Andrews Plaza*
*New York, New York 10007*

February 7, 2020

**By ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

A FATICO HEARING WILL BE HELD ON WEDNESDAY, MARCH 11, 2020, AT 10:00AM

SO ORDERED.

/s/ John G. Koeltl
USDJ
2/10/20

Re:   **United States v. Asim Hameedi, 17 Cr. 137 (JGK)**

Dear Judge Koeltl:

The parties are unable to reach an agreement regarding forfeiture. Accordingly, the Government respectfully requests that the Court schedule a *Fatico* hearing to address disputed factual issues that the Court, during the conference on February 4, 2020, identified as relevant to its forfeiture determination in light of *United States v. Peters*, 732 F.3d 93, 104 (2d Cir. 2013).

Having conferred with defense counsel, the Government understands that the parties and the witness the Government expects to call are available for a hearing on Thursday, February 27, 2020, if that date is convenient for the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   */s/*
Kristy J. Greenberg / David Abramowicz /
Michael D. Neff
Assistant United States Attorneys
Southern District of New York
(212) 637-2469 / 6525 / 2107

cc:   Defense counsel (by ECF)