```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
UNITED STATES OF AMERICA,

            - against -                           17cr137 (JGK)

ASIM HAMEEDI et al.,                              ORDER

                        Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The <u>Fatico</u> hearing concerning Asim Hameedi will take place on May 25, 2020 at 10:00 AM.

Sentencing of Asim Hameedi is adjourned to June 8, 2020 at 10:00 AM. Sentencing of Fawad Hameedi is adjourned to June 8, 2020 at 12:00 PM. Sentencing of Arif Hameedi is adjourned to June 8, 2020 at 2:30 PM. Sentencing of Michelle Landoy is adjourned to July 6, 2020 at 10:30 AM. Sentencing of Desiree Scott is adjourned to July 6, 2020 at 2:30 PM.

**SO ORDERED.**

**Dated:**    **New York, New York**
          **April 1, 2020**          /s/ John G. Koeltl
                                            **John G. Koeltl**
                                  **United States District Judge**