**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

       - against -                  17cr137 (JGK)

**ASIM HAMEEDI ET AL.,**                 <u>ORDER</u>

            **Defendants.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Fatico hearing is adjourned to June 29, 2020 at 10 AM. The sentences of Asim Hameedi, Fawad Hameedi, and Arif Hameedi are adjourned to July 13, 2020 at 10 AM. The sentences of Michelle Landoy and Desiree Scott are adjourned to July 27, 2020 at 10 AM.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **May 8, 2020**                  <u>/s/ John G. Koeltl</u>
                                                   John G. Koeltl
                                    **United States District Judge**