**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                    17cr137 (JGK)

**ASIM HAMEEDI ET AL.,**              <u>ORDER</u>

        **Defendants.**
--------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The <u>Fatico</u> hearing scheduled for June 29, 2020 is adjourned to July 14, 2020 at 10:00 AM. The sentencings of Asim Hameedi, Arif Hameedi, and Fawad Hameedi are adjourned to September 24, 2020 at 10:00 AM. The sentencings of Michelle Landoy and Desiree Scott are adjourned to October 5, 2020 at 10:00 AM.

**SO ORDERED.**

**Dated:    New York, New York**
           **June 24, 2020**           /s/ John G. Koeltl
                                                 John G. Koeltl
                                     **United States District Judge**