**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

      - against -　　　　　　　　　　　　　17cr137 (JGK)

**ASIM HAMEEDI,**　　　　　　　　　　　　　　　　ORDER

            **Defendant.**

**JOHN G. KOELTL, District Judge:**

    The <u>Fatico</u> hearing scheduled for July 14, 2020 at 10:00 AM will take place at the Courthouse at 500 Pearl St. in Room 14A. In light of the COVID-19 pandemic, all visitors to the Courthouse must comply with certain requirements before entering. All participants in this case should follow the instructions attached below before entering the Courthouse on July 14, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
        **July 7, 2020**　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　**John G. Koeltl**
　　　　　　　　　　　　　　**United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.