UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                                           17 cr 137 (JGK)

**ORDER**

ASIM HAMEEDI, et al.,
                   Defendant.
------------------------------------------------------------X

      Sentencing submissions regarding defendants Asim Hameedi, Fawad Hameedi and Arif Hameedi are as follows:

      Defense submissions are due **January 12, 2020.**

      Government submissions are due **January 18, 2020.**

      **Sentencings for Asim Hameedi, Fawad Hameedi and Arif Hameedi are adjourned to Monday, January 25, 2020, at 10:30am.**

**SO ORDERED.**

                                                               JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 13, 2020