UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

UNITED STATES OF AMERICA

      - against -               17 Cr. 137 (JGK)

ASIM HAMEEDI ET AL.,            ORDER

               Defendant.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The sentencings for Asim, Fawad, and Arif Hameedi are adjourned to **March 22, 2021** at **10 a.m.**

     The oral argument on forfeiture for Asim Hameedi is scheduled for **February 2, 2021** at **10 a.m.** and will take place by telephone, with the dial in 888-363-4749, access code 8140049.

     Any supplemental defense submission is due **February 26, 2021.** Any supplemental government submission is due **March 5, 2021.**

     The Clerk is directed to close docket numbers 439 and 440.

SO ORDERED.

Dated:    New York, New York
        January 7, 2021        /s/ John G. Koeltl
                         John G. Koeltl
                  United States District Judge