UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

ASIM HAMEEDI,

           Defendant.

17-cr-137-1 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

By Friday, April 23, 2021, the Government and the Defendant should each submit a letter to the Court addressing the issue of the appropriate fine in this case.

SO ORDERED.

Dated: New York, New York
April 20, 2021

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21