

**Meister Seelig & Fein LLP**

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

April 21, 2021

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:** *United States v. Asim Hameedi, et al.,* **No. 17 Cr. 137 (JGK)**

Dear Judge Koeltl:

    We represent defendant Dr. Asim Hameedi in the above-referenced matter. We write to respectfully request a brief extension, until Monday April 26, 2021, to respond to the Court's inquiries regarding whether a fine is appropriate in this case. (*See* ECF Doc. 456.) This additional time will ensure that the parties have an opportunity to conduct adequate research and thoroughly address the issues raised by the Court.

    We have conferred with counsel for the government (AUSA Abramowicz) who does not object to this request.

                          Respectfully submitted,

                            /s/ IH

                          Henry E. Mazurek
                          Ilana Haramati

                          *Counsel for Defendant Asim Hameedi*

cc:    Counsel of Record (*via ECF*)

APPLICATION GRANTED
SO ORDERED

4/22/21

John G. Koeltl, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-22-21