# MSF

Meister Seelig & Fein LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-21

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

April 27, 2021

**VIA ECF**

SENTENCINGS FOR ASIM, FAWAD AND ARIF HAMEEDI
ADJOURNED TO THURSDAY, MAY 20, 2021,
AT 11:00AM.

SO ORDERED.

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDJ

4/28/21

**Re:** *United States v. Asim Hameedi, et al.,* No. 17 Cr. 137 (JGK)

Dear Judge Koeltl:

We write on behalf of defendant Asim Hameedi to respectfully request a brief adjournment of our client's May 3, 2021 sentencing hearing until the end of the religious month of Ramadan and the religious holiday of Eid al-Fitr, which ends on the night of May 13, 2021. We have spoken to counsel for defendant Fawad Hameedi who joins this request. Both Asim and Fawad Hameedi and their families observe these religious holidays.

The Court also has inquired as to whom will seek to attend Dr. Hameedi's in-person sentencing hearing to allow the Court to consider what accommodations, if any, can be made to prepare the courtroom under the COVID-19 protocols established to protect the health and safety of courthouse visitors. We are asking that seven people be allowed to attend the sentencing, in addition to Dr. Hameedi.[1] These will be the closest relatives of Dr. Hameedi, including his wife, his wife's parents (who intend to travel from Florida to be here with their daughter and son-in-law), his sister, Asima, and his brother, Faiq, and Faiq's wife. Depending on her health, Asim's mother also wants to be present in Court to support her son.

Because Dr. Hameedi and his family strictly observe the Ramadan fast, it is a difficult month for family members, especially elderly ones, to travel and conduct activities during long fasting days. As stated above, Dr. Hameedi's elderly parent in-laws would like to travel from their home in Florida to support Dr. Hameedi on this most consequential day of his life, but because of their age and health, find it difficult to travel during the fast.

Accordingly, we respectfully request that Dr. Hameedi's sentencing be adjourned to accommodate Dr. Hameedi, Fawad Hameedi, and their families' Ramadan observance.

---

[1]     As to counsel, we ask that two seats be available at counsel table with Dr. Hameedi. Counsel who will attend the sentencing hearing include Henry E. Mazurek and Ilana Haramati.

Hon. John G. Koeltl
April 27, 2021
Page 2 of 2

_____

      Because of counsel's prior scheduling commitments in other matters, we further request that the Court reschedule the sentencing for May 20 or 21, 2021, or for any date after June 7, 2021 that is convenient for the Court.[2]

      We have spoken to counsel for the government who does not object to this request.

      Respectfully submitted,

      MEISTER SEELIG & FEIN LLP

      _____/s/ HEM_____

      Henry E. Mazurek
      Ilana Haramati
      *Counsel for Defendant Asim Hameedi*

cc:    Government Counsel (by ECF)

_____

[2]    Counsel for Fawad Hameedi has previously scheduled criminal case-related foreign depositions, which will place him outside the country from May 25 to June 5.