# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

September 15, 2021

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

*[Handwritten: ADJOURNED TO FRIDAY, DECEMBER 3, AT 2:30PM. SO ORDERED. /s/ JGK 9/17/21]*

Re:   *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

As a follow-up to Mr. Mysliwiec's letter of earlier today, I write on behalf of my client Desiree Scott and with the consent of Mr. Mysliwiec, on behalf of Michelle Landoy. After further consideration and consultation with the government, I respectfully request that the Court set a sentencing date for Ms. Landoy and Ms. Scott on a date after the sentencing hearing for Mr. Arif Hameedi, which is scheduled for November 12, to enable counsel to address the sentences of all co-defendants in their submissions to the Court. AUSA Michael Neff has informed me the government has no objection to this request. If convenient for the Court, defense counsel and the government would be available on December 2 or on December 3 before 2:30pm.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Kathleen E. Cassidy*
Kathleen E. Cassidy
*Attorney for Desiree Scott*

cc:   AUSAs Michael Neff and David Abramowicz (via ECF)