# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

February 1, 2022

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007

*Handwritten note:* ADJOURNED TO THURSDAY, APRIL 14, 2022, AT 4:30, FOR DEFENDANTS SCOTT AND LANDOY. SO ORDERED. [signature] 2/2/22 USDJ

Re:   *United States v. Asim Hameedi, et al.*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

    I write on behalf of my client, Desiree Scott, and with consent of counsel on behalf of Michelle Landoy. Both defendants are scheduled to be sentenced by this Court on February 24, 2022. ECF No. 513.

    The government and counsel for the above-captioned defendants are continuing to engage in discussion about issues related to sentencing. Furthermore, defendant Arif Hameedi's sentencing is now scheduled for March 23, 2022 and it is preferable for Ms. Scott and Ms. Landoy to be sentenced after Mr. Hameedi. In light of the ongoing discussions between the parties and in order to enable counsel to address sentences for all co-defendants in our submissions, I write to respectfully request adjournments of Ms. Scott and Ms. Landoy's sentencings to April 2022.[1] The government, through AUSA David Abramowicz, informed me it has no objection to this request.

---

[1] Counsel for Ms. Landoy will be unavailable to appear either virtually or in person for Ms. Landoy's sentencing between April 15 and April 23, 2022.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. John G. Koeltl
February 1, 2022
Page 2 of 2

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy
*Attorney for Desiree Scott*

cc:   Counsel of record (via ECF)