

Meister Seelig & Fein LLP

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

March 29, 2022

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
3/30/22

Re:   *United States v. Asim Hameedi, et al.*, No. 17 Cr. 137 (JGK)

Dear Judge Koeltl:

We write on behalf of defendant Asim Hameedi to respectfully request the release of his passport from the custody of Pretrial Services. Mr. Hameedi's bail has been exonerated, and he is currently completing the service of his sentence under the supervision of a community confinement center in Brooklyn. We have conferred with the Government on this request, and Assistant United States Attorney David Abramowicz has indicated that the government does not object.

Respectfully submitted,

MEISTER SEELIG & FEIN LLP

/s/ HEM

Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Asim Hameedi*

cc:   Government Counsel (by ECF)