

# MSF
## Meister Seelig & Fein PLLC

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (212) 655-3535
hem@msf-law.com

February 22, 2023

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *United States v. Asim Hameedi*, 17 Cr. 137 (JGK)

Dear Judge Koeltl:

  We represent defendant Asim Hameedi in the above-referenced matter. We write to respectfully request temporary modification of Dr. Hameedi's conditions of supervised release to permit him to travel internationally to Toronto, Canada to sit for the Canadian medical licensing board examinations. Dr. Hameedi seeks to travel to Canada from February 27, 2023 through March 2, 2023.

  Dr. Hameedi began his two-year period of supervised release in January 2023. His Probation Officer reported that Dr. Hameedi is currently in compliance with his supervised release conditions. He has a stable residence and employment. Also, Dr. Hameedi has paid in full all of his monetary obligations under his sentence and judgment, including restitution, fine and special assessment. (*See* ECF Doc. 514, 12/2/2021.)

  Dr. Hameedi will provide his Probation Officer a detailed itinerary of his requested travel, including hotel information during his stay in Toronto and means of travel.

  We have conferred with the United States Probation Department (Officer Jaquita Mitchell), who takes no position and defers to the Court on this request. We have further conferred with the government (AUSA Abramowicz) who has no objection to the requested travel.

               Respectfully submitted,

**APPLICATION GRANTED**
  **SO ORDERED**
    /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/24/23

                /s/ HEM
               Henry E. Mazurek
               *Counsel for Defendant Asim Hameedi*