# MSF
Meister Seelig & Fein PLLC

*Henry E. Mazurek*
*Partner*
*Direct (212) 655-3594*
*Fax (646) 682-9222*
*hem@msf-law.com*

February 25, 2024

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/26/24

Re: ***United States v. Asim Hameedi,*** **17 Cr. 137 (JGK)**

Dear Judge Koeltl:

We represent defendant Asim Hameedi in the above-referenced matter. We write respectfully to request a temporary modification of Dr. Hameedi's supervised release to permit him to travel internationally to Toronto, Canada from February 27, 2024 through March 4, 2024. Dr. Hameedi seeks this travel authorization to allow him to sit for the second round of the Canadian medical licensing board examinations.

Dr. Hameedi began his two-year period of supervised release in January 2023. His Probation Officer reported recently that he is in full compliance with his supervised release conditions. Also, Dr. Hameedi has paid in full his monetary obligations under his sentence and judgment, including restitution, fine, and special assessment. (*See* ECF Doc. 514, 12.2.2021).

Dr. Hameedi will provide his Probation Officer with a detailed itinerary of his requested travel, including travel and hotel information for his trip.

We have conferred with the United States Probation Officer Lisa Famularo, who has no objection to this travel request. We further conferred with Assistant United States Attorney Michael Neff who, on behalf of the government, also has no objection.

Respectfully yours,

*Henry Mazurek*

Henry E. Mazurek
*Counsel for Defendant Asim Hameedi*