

**Meister Seelig & Fein PLLC**

*Henry E. Mazurek*
*Partner*
Direct (212) 655-3594
Fax (646) 682-9222
hem@msf-law.com

June 27, 2024

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

6/28/24   John G. Koeltl, U.S.D.J.

Re: *United States v. Asim Hameedi,* 17 Cr. 137 (JGK)

Dear Judge Koeltl:

We represent defendant Asim Hameedi in the above-referenced matter. We write to request a temporary modification of Dr. Hameedi's supervised release to permit him to travel internationally. We respectfully seek Court approval to allow Dr. Hameedi to take two family trips. First, we seek authorization for him to travel to Toronto, Canada from July 3-7, 2024, to attend a family wedding. Second, we seek authorization for him to travel with his wife on an international cruise to the Mediterranean. This trip has been long planned to celebrate his wife's birthday and their wedding anniversary. The dates of the cruise are from July 16-24, 2024.

Dr. Hameedi began his two-year period of supervised release in January 2023. His Probation Officer reported recently that he is in full compliance with his supervised release conditions. Also, Dr. Hameedi has paid in full his monetary obligations under his sentence and judgment, including restitution, fine, and special assessment. (*See* ECF Doc. 514, 12.2.2021).

Dr. Hameedi will provide his Probation Officer with a detailed itinerary of his requested travel, including travel and hotel information for these trips. He will also seek verification from the foreign countries he seeks to visit to confirm that he is approved entry as a United States national serving a federal supervised release sentence.

We have conferred with the United States Probation Officer, Lisa Famularo, who has no objection to this travel request, subject to the conditions described above. We further conferred with Assistant United States Attorney Michael Neff who has not yet responded to our inquiries.

Respectfully yours,

*Henry Mazurek*
Henry E. Mazurek
*Counsel for Defendant Asim Hameedi*